UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-61430-UNGARO/SIMONTON

ALLISON SMITH, individually and on
behalf of all others similarly situated,
    Plaintiffs,

v.

MY THREE BLONDE INVESTMENTS,
INC., a Florida corporation,
    Defendant,

_____/

**ADMINISTRATIVE ORDER CLOSING CASE**

    THIS CAUSE is before the Court *sua sponte*.

    THE COURT being otherwise fully advised in the premises, it is

    ORDERED AND ADJUDGED that for administrative purposes this case is hereby CLOSED.

It is further

    ORDERED AND ADJUDGED that all pending motions are hereby DENIED AS MOOT.

    DONE AND ORDERED in Chambers at Miami, Florida, this 1st day of December, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Magistrate Judge Simonton